No. 97–8260. HUDGINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8271. MOORE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–8282. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1263. FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION ET AL. v. ROCHAMBEAU WINES & LIQUORS, INC., ET AL. C. A. 11th Cir. Motion of National Alcohol Beverage Control Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 97–1269. FICALORA v. INTERNATIONAL BUSINESS MACHINES CORP. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 97–6757. RUTHERFORD v. ALDERMAN ET AL., 522 U. S. 1079;
No. 97–6934. RIEGER v. NORTH DAKOTA, 522 U. S. 1120; and
No. 97–6991. CARSON v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL., 522 U. S. 1121. Petitions for rehearing denied.

No. 97–6869. BROWN v. KEARNEY, WARDEN, ET AL., 522 U. S. 1062. Motion for leave to file petition for rehearing denied.

APRIL 7, 1998

No. 97–6958. WATKINS v. UNITED STATES. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1.